IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>2) RUBEN MUÑOZ CARDENAL,<br>a/k/a "Rubén Tomás," a/k/a "Rubén Tomás Muñoz Martínez"<br>Defendant | CRIMINAL 18-0576-02CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 16, 2019 (**d.e. 76**) on a Rule 11 proceeding of defendant [2] Rubén Muñoz Cardenal before U.S. Magistrate-Judge Marcos E. López on May 10, 2019, to which no objection has been filed, the same is APPROVED. Accordingly, defendant's guilty plea is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on May 10, 2019. The sentencing hearing is set for **AUGUST 8, 2019** at **1:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the Presentence Report, the Addendum to said Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The party that raised the unresolved objections shall,

CRIMINAL 18-0576-02CCC            2

within **twenty-four hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court. Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2019.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge